UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 63605
   DAVID GEORGE HAEFELE
   REBECCA FERRER HAEFELE                   CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1905    SSN XXX-XX-0686
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/23/05 and confirmed on 02/03/06.

2. The case was converted to Chapter 7 after confirmation, 06/05/2007.

3. The Debtor paid a total of $ 49864.46 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED | 29434.21 | 2428.51 | 12084.45 |
| WELLS FARGO FINANCIAL AC | SECURED | 12614.08 | 2513.45 | 8943.98 |
| WORLD ACCEPTANCE CORPORA | UNSECURED | 1582.26 | .00 | 46.07 |
| SALLY HENCKEN | CHILD SUPPORT | 25256.00 | 1422.32 | 19394.77 |
| ILLINOIS DEPT REVENUE | PRIORITY | 717.90 | 41.25 | 551.29 |
| AMEREN CIPS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 839.15 | .00 | .00 |
| CQC INC | UNSECURED | 2404.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 667.37 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 360.00 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| EASY MONEY EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 2001.97 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 342.11 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| MARION QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| MOVIE CALLERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HEILIG MEYERS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1764.32 | .00 | .00 |
| THE CASH STORE OF MARION | UNSECURED | NOT FILED | .00 | .00 |
| THE MONEY PLACE OF MARIO | UNSECURED | 884.70 | .00 | .00 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |

```
BANKRUPTCY REPORTING CON CHILD SUPPORT NOT FILED              .00         .00
WORLD ACCEPTANCE CORPORA UNSECURED          71.89             .00         .00
AMERICASH LOANS          UNSECURED         866.03             .00         .00
PREMIER BANKCARD/CHARTER UNSECURED         129.07             .00         .00
RECOVERY MANAGEMENT SYST UNSECURED         399.33             .00         .00
BANNER FINANCE CO        UNSECURED         267.00             .00         .00
     Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   42048.29     25973.90    12579.20         .00    80601.39
PRINCIPAL PAID       21028.43     19946.06       46.07         .00    41020.56
INTEREST PAID         4941.96      1463.57         .00         .00     6405.53
TOTAL PAID           25970.39     21409.63       46.07         .00    47426.09
```

The Debtor's attorney, JENNIFER A BLANC              , was allowed $    448.50
and was paid $     448.50 .

The Trustee received $   1989.87 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/26/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 05 B 63605 DAVID GEORGE HAEFELE & REBECCA FERRER HAEFELE